UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAO WU, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>TOKAI PHARMACEUTICALS, INC., et al.,<br><br>                      Defendants. | Civil Action No. 1:16-cv-12550-MLW<br><br>**UNOPPOSED MOTION FOR SUBMISSION OF RECENT AUTHORITY IN FURTHER SUPPORT OF PLAINTIFF'S MOTION TO REMAND (DOCKET NO. 41) GRANTED ON SEPTEMBER 22, 2017 (DOCKET NO. 52)** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

PLEASE TAKE NOTICE that Plaintiff Hao Wu submits herewith a recent decision of the U.S. District Court for the Northern District of California in *Kyle Olberding v. Avinger, Inc., et al.*, Case No. 17-cv-03398-CW (N.D. Cal. July 21, 2017), (the "*Avinger* Decision"), annexed hereto as Exhibit A, in further support of her pending motion to remand (Dkt. Nos. 27-28, filed January 6, 2017, "Motion to Remand").

DATED: September 22, 2017

Respectfully submitted,

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109


       */s/ Theodore M. Hess-Mahan*
       THEODORE M. HESS-MAHAN

110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
MARY K. BLASY
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

HOLZER & HOLZER, LLC
COREY D. HOLZER
MARSHALL P. DEES
1200 Ashwood Parkway, Suite 410
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com
mdees@holzerlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 22, 2017.

*/s/Theodore M. Hess-Mahan*
Theodore M. Hess-Mahan