UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HAO WU, | ) | C.A. No. 16-12550-MLW |
|     Plaintiff(s), | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOKAI PHARMACEUTICALS, INC., | ) | |
| ET ALS | ) | |
|     Defendant(s). | ) | |

ORDER OF REMAND

WOLF, D.J.

In accordance with the Court's Order dated MARCH 27, 2018 in the above-referenced action, it is hereby ORDERED:

This case is remanded to the Business Litigation Session of the Superior Court Department of the Trial Court of Massachusetts for Suffolk County.

By the Court:

3/29/2018

/s/ Christine Bono
Deputy Clerk